# United States District Court
# For The Western District of North Carolina
# Statesville Division

RICHARD LYNN WILLIAMS,

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:06CV131-3-V

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 19, 2008, Order.

Signed: February 19, 2008

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court